IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROOSEBELT BALBOA, ET AL., ) | CIVIL 14-00009-ACK-RLP |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| HAWAII CARE AND CLEANING, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 23, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANT HAWAII CARE AND CLEANING, INC.'S MOTION FOR ATTORNEYS' FEES," docket entry no. 53, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 17, 2015



Alan C. Kay
Senior United States District Judge